Settlement Date and Time
April 1, 2020
10:00 AM

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

MICHELLE THOMAS AND
MICHAEL A, THOMAS,

Chapter 13
Case No.  19-23539 SHL

**NOTICE OF SETTLEMENT**

        Debtors
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      **PLEASE TAKE NOTICE**, that an *Order,* a true copy of which is annexed hereto, will be presented for signature to the Hon. Sean H. Lane, United States Bankruptcy Judge, on the 1ST day of April, 2020 at 10:00 AM in the Judge's Chambers, United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York.

      **PLEASE TAKE FURTHER NOTICE ,** that objections, if any, to the proposed Order must be made in writing and received in the Bankruptcy Judge's chambers and by the undersigned not later than two days prior to the return date thereof, and unless objections are received by that time, the within order may be signed. In the event that objections are interposed, a hearing will be scheduled for a future date.

Dated: White Plains, New York
       March 20, 2020

Office of Krista Preuss, Chapter 13 Trustee

 /s/ Dennis Jose
**By: Dennis Jose, Esq.**
**Staff Attorney**
**Office of the Chapter 13 Trustee**
**399 Knollwood Road**
**White Plains, New York 10603**
**Tel. 914-328-6333**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:                                     Chapter 13
                                           Case No.19-23539 -SHL

MICHELLE THOMAS AND
MICHAEL A. THOMAS,


                        Debtors
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER CONVERTING CASE FROM CHAPTER 13 TO CHAPTER 11

       The above-captioned Debtors having filed a Chapter 13 proceeding on August 27, 2019 and the Debtors, acting pro se, having made an oral application to convert this case to a case under Chapter 11 of the Bankruptcy Code, and there being no opposition to the said application, and this proposed order having being settled on 7 days' notice, it is hereby

       **ORDERED,** that pursuant to Bankruptcy Code Section 1112(a), this case is hereby converted to one under Chapter 11 of the Bankruptcy Code.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   Chapter 13 Case No: 19-23539 SHL
IN RE:

MICHELLE THOMAS AND
MICHAEL A THOMAS,

                                                                                 CERTIFICATE OF SERVICE
                                                                                       BY MAIL

                                                      Debtors.
-----------------------------------------------------------X

        This is to certify that I, Lois Rosemarie Esposito, have this day served a true, accurate and correct copy of the within Notice of Settlement and Order by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Michelle Thomas
2713 Colonial Drive
New Windsor, New York  12553

Michael A. Thomas
2713 Colonial Drive
New Windsor, New York 12553

Resurgent Capital Services
Via Novus
P.O. Box 10587
Greenville, South Carolina 29603

Capital One Bank USA NA
American Infosource
P.O. Box 71083
Charlotte, North Carolina 28272

Educational Credit Management Corporation
P.O. Box 16408
St. Paul Minnesota  55116

Wells Fargo Bank, NA
Nationstar Mortgage, LLC
d/b/a Mr. Cooper
P.O. Box 619096
Dallas, Texas  19096

Wells Fargo Bank, NA
Nationstar Mortgage, LLC
d/b/a Mr. Cooper
c/o Shapiro DiCaro & Barak, LLC
175 Mile Crossing, Blvd.
Rochester, New York  14624

Specialized Loan Services, LLC
8742 Lucent Blvd.  # 300
Highlands Ranch, Colorado  80129


This    March 20, 2020

/s/Lois Rosemarie Esposito
Lois Rosemarie Esposito,  Paralegal
Office of the Standing Chapter 13 Trustee
Krista M. Preuss, Esq.
399 Knollwood Road, Suite 102
White Plains, New York 10603
(914) 328-6333