LAW OFFICES
## McCABE, WEISBERG & CONWAY, LLC

| SUITE 210 | Melissa A. Sposato, NY Managing Attorney | SUITE 3C20 |
| --- | --- | --- |
| 145 HUGUENOT STREET | NY ID 4098323 | 1 HUNTINGTON QUADRANGLE |
| NEW ROCHELLE, NY 10801 | | MELVILLE, NY 11747 |
| (914)-636-8900 | | (631) 812-4084 |
| **GENERAL FAX** (914) 636-8901 | | FAX: (855) 845-2584 |
| **MEDIATION ONLY FAX** (855) 427-1278 | | |

September 9, 2020

Judge Robert D. Drain
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street
Room 248
White Plains, New York 10601-4140

Re:     Michelle Thomas and Michael A Thomas
Case No.     19-23539-rdd

Dear Judge Robert D. Drain:

The office of McCabe, Weisberg & Conway, P.C. represents Specialized Loan Servicing in the above referenced bankruptcy matter.

This letter serves as confirmation that the Motion for Relief from the Automatic Stay (at Docket No. 32) is scheduled for hearing on November 5, 2020 at 10:00 a.m.

Thank you for your time and attention herein.

Very truly yours,

By:     */s/  Melissa DiCerbo*
Melissa DiCerbo, Esq.
McCabe, Weisberg & Conway, LLC
Attorneys for Secured Creditor
145 Huguenot Street, Suite 210
New Rochelle, NY 10801
Telephone 914-636-8900

cc:     Michelle Thomas and Michael A Thomas
2713 Colonial Drive, New Windsor, NY 12553
via first class mail